In the Matter of the Dissolution of KAUFMAN CIRCLE EXPRESS CO., INC. LOUIS JACKNOWITZ, Appellant; SAMUEL KAUFMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. .

WILLIAM J. BUTLER and Others, Appellants, v. JAMES F. CORROON, Respondent. WILLIAM J. BUTLER and Others, Appellants, v. KATHERINE V. CORROON, Respondent.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination and discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MELITTA VON NEUMANN, Respondent, v. ADALBERT GREINER, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

I & I HOLDING CORPORATION, Appellant, v. ISIDOR GAINSBURG, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ADELE POFF and WILLIAM POFF, Respondents, v. HARRY ENGEL and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

RENARD & CIE, INC., Respondent, v. J. P. STEVENS & Co., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within thirty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE BOWERY SAVINGS BANK, Plaintiff, v. NEW YORK & BROOKLYN CASKET Co. and Others, Defendants. PLAZA FUNERAL HOME, INC., Defendant, Appellant; JOSEPH M. TORRISI, Receiver, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOS. RIEDEL GLASS WORKS, INC., Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant, and MAURICE A. FITZGERALD, Impleaded Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

BLANCHE S. FINK and ALBERT FINK, Respondents, v. ESTELLE C. HOWE, Formerly Known as ESTELLE CAMERON SILO, and KATHLEEN F. WAGNER, Copartners, etc., Appellants, and Another, Defendant, and ANAHMA REALTY CORPORATION, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.